IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Thomas Hickman

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Mr. Lenox And
River Park Senior Living LLC

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   □ Yes   □ No
*(check one)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                      Thomas Hickman
Street Address            3898A Hickman Ln
City and County           Conway   Horry County
State and Zip Code        South Carolina  29526
Telephone Number          893-333-1031

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mr. Lenox and River Park |
| Job or Title (if known) | Superior For distary |
| Street Address | 190 River Pk Dr |
| City and County | Little River. Horry County |
| State and Zip Code | South carolina 29566 |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title | |

(if known)
Street Address    _____
City and County    _____
State and Zip Code    _____
Telephone Number    _____

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name    _____
Street Address    _____
City and County    _____
State and Zip Code    _____
Telephone Number    _____

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

3

☐    Other    federal    law    *(specify    the    federal    law)*:

_____

☐    Relevant    state    law    *(specify,    if    known)*:

_____

☐    Relevant    city    or    county    law    *(specify,    if    known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

       ☐    Failure to hire me.

       ☑    Termination of my employment.

       ☐    Failure to promote me.

       ☐    Failure to accommodate my disability.

       ☐    Unequal terms and conditions of my employment.

       ☐    Retaliation.

       ☐    Other acts *(specify)*:    *Yelling Cnstly Steemy At me*

*(Note:    Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

    *February 14 2024*

C.    I believe that defendant(s) *(check one)*:

       ☑    is/are still committing these acts against me.

        ☐      is/are not still committing these acts against me.

. D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

        ☑    race _____

        ☑    color_____

        ☐    gender/sex _____

        ☐    religion _____

        ☐    national origin _____

        ☐    age. My year of birth is _1 - 22-59_ . *(Give your year of birth only if you are asserting a claim of age discrimination.)*

        ☐    disability or perceived disability *(specify disability)*

        _____

E.    The facts of my case are as follows.  Attach additional pages if needed.

My Color my Race And Age
Disrepecti me In feot of 1 of my
Cowoleker By yelly & Crosin At me
In A Uery Uery High torel voice
In. Kotched / All on Camera

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_____

B.    The Equal Employment Opportunity Commission *(check one)*:

        ☑    has not issued a Notice of Right to Sue letter.

THOMAS HICKMAN                                                                              JULY 22, 2024
3898 A HICKMAN LANE
CONWAY, SC 29526
          VS.
MR. LENOX   AND
RIVER PARK SENIOR LIVING LLC
190 RIVER PK DR.
LITTLE RIVER, SC 29566

On Friday February 16, 2024, I Thomas Hickman was at work in the kitchen at River Park. The supervisor
Mr. Lenox screamed and yelled at me. He then picked up a knife and started walking around continued
to scream and yell disrespectfully towards me. I told him that he cannot do that to me. He told me to
just clock out and go home. There were other employees there also. I did as I was told and it was around
3pm when this all happened. It is all on camera. PLEASE CONTACT ME WITHIN 10 DAYS. IF NOT FUTHER
ACTIONS CAN AND WILL BE TAKEN. I CAN BE REACHED BY PHONE AT (843) 333-1031 AND/OR BY MAIL
AT 3898 A HICKMAN LANE, CONWAY, SC 29526

                                                          THOMAS EARL HICKMAN

                                                          _Thomas H_

□   issued a Notice of Right to Sue letter, which I received on *(date)*

_____

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑   60 days or more have elapsed.

□   less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief for the way & how he Speake
To me me doild Disrespetful easily & sceaming
At me In front of my Co worker
I Lost my Job my Income
Because this is not the only Time He
Did it Lost of Income

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-30 , 2024

Signature of Plaintiff    *Thomas Hickman*

Printed Name of Plaintiff    *Thomas Hickman*

**B.**     **For Attorneys**

Date of signing: _____, 20__ .

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____

7